**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Juan Pablo ALVARADO–ACOSTA,
Defendant—Appellant.**

No. 07–7527.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 27, 2008.

Decided: April 2, 2008.

Juan Pablo Alvarado–Acosta, Appellant Pro Se. Ronald Andrew Bassford, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Pablo Alvarado–Acosta appeals the district court's order denying his motion filed pursuant to Fed.R.Crim.P. 36, which the court construed as a motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Alvarado–Acosta,* No. 4:04–cr–70059–jlk–1 (W.D.Va. Sept. 28, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*